# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IRMA GOMEZ,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>OPTIO SOLUTIONS LLC, d/b/a QUALIA COLLECTION SERVICES,<br><br>　　　　　　　　Defendant. | Case No. 17-CV-176-JPS<br><br><br><br>**ORDER** |

　　　　On March 23, 2017, the parties filed a notice indicating that they have resolved this matter and are in the process of drafting settlement documents. (Docket #11). The parties request that the Court permit them forty-five days to file a stipulation of dismissal and ask that the Court vacate the scheduling conference currently set for March 30, 2017. *Id.* The Court will grant those requests. The Court directs the parties to file a joint stipulation for dismissal of this action no later than May 8, 2017. If such a stipulation is not filed, the Court will dismiss the action with prejudice for failure to prosecute. *See* Civ. L. R. 41(c).

　　　　Accordingly,

　　　　**IT IS ORDERED** that the scheduling conference in this matter, currently scheduled for March 30, 2017 at 8:30 a.m., be and the same is hereby **VACATED**; and

　　　　**IT IS FURTHER ORDERED** that the parties shall file a joint stipulation of dismissal of this action on or before **May 8, 2017**.

Dated at Milwaukee, Wisconsin, this 27th day of March, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge