UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IRMA GOMEZ,

                Plaintiff,

v.

OPTIO SOLUTIONS, LLC, d/b/a
QUALIA COLLECTION SERVICES,

                Defendant.

Case No. 17-CV-176-JPS

**ORDER**

---

On February 7, 2017, Plaintiff filed a complaint against Defendant, alleging violations of the Fair Debt Collection Practices Act. (Docket #1). Defendant has been served with process but has not answered the complaint. On April 10, 2017, Plaintiff filed a notice of voluntary dismissal with prejudice and without costs to either party. (Docket #13). The Court will adopt that notice of dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #13) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to either party.

Dated at Milwaukee, Wisconsin, this 11th day of April, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge